In the Matter of the Application of LOUISA B. SCHNEIDER, Appellant, for Payment of an Award Made by Commissioners of Estimate and Assessment in Proceedings to Open East 157th Street, Borough of The Bronx, City of New York.

DAVID PELTZ, Appellant; THE COMPTROLLER OF THE CITY OF NEW YORK et al., Respondents.

*Matter of Schneider (East 157th St.),* 173 App. Div. 709, affirmed.

(Argued February 25, 1918; decided March 12, 1918.)

APPEALS from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 10, 1916, one by Louisa B. Schneider from so much of said order of the Appellate Division as reversed so much of an order of the Special Term as granted appellant's motion for an order directing the comptroller of the city of New York to pay to her the sum of $4,004.12, with interest, out of an award of $4,005.12 to unknown owner in the proceeding by the city of New York to acquire title to the real property required for opening East One Hundred and Fifty-seventh street, in the borough of The Bronx, and denied said motion; and the other by David Peltz from the whole of said Appellate Division order, except so much thereof as reversed that part of the Special Term order directing payment to Louisa B. Schneider by the comptroller of the city of New York of $4,004.12 out of the award to unknown owner in said proceeding, and denied said motion. The question was whether the owners of easements for street purposes over a parcel of land for which commissioners of estimate and assessment in a proceeding to acquire title to a street pursuant to the provisions of law applicable to the opening of streets in the city of New York, have erroneously made an award for the full fee value, may be permitted to recover the entire award with the exception of the nominal sum of $1, the value of the naked incumbered fee. (See 199 N. Y. 581.)

*Merle I. St. John* for Louisa B. Schneider, appellant.

*Samuel I. Frankenstein* for David Peltz, appellant.

*William P. Burr, Corporation Counsel (Joel J. Squier* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, CARDOZO, POUND and ANDREWS, JJ.